UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                  Bankr. Case No. 19-15495-ELF-13

Monique S. Hilliard                                                                          Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                      Bankr. Case No. 19-15495-ELF-13

Monique S. Hilliard                                                                         Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on September 16, 2019 :

    PAUL EDWARD TRAINOR                      Scott Waterman
    1275 GLENLIVET DR                           2901 St. Lawrence Ave.
    ALLENTOWN, PA  18106                     Suite 100
                                                            Reading, PA 19606

By /s/ Mandy Youngblood
       Mandy Youngblood

xxxxx06120 / 999789