UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     MONIQUE S. HILLIARD <br><br>     Debtor | Chapter 13 <br> Bankruptcy No.19-15495-ELF |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 10th day of January, 2020, by first class mail upon those listed below:

MONIQUE S. HILLIARD
160 Shiloh Ct
Whitehall, PA  18052

**Electronically via CM/ECF System Only:**

PAUL EDWARD TRAINOR ESQ
TRAINOR LAW OFFICES PC
1275 GLENLIVET DRIVE    SUITE 100
ALLENTOWN, PA  18106-3107

                                                                                         */s/ Deborah A. Earnshaw*
                                                                                       Deborah A. Earnshaw
                                                                                       for
                                                                                       Scott F. Waterman, Esquire
                                                                                       Standing Chapter 13 Trustee