UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :    NO. 19-15495
    MONIQUE S. HILLIARD,        :    Chapter 13
        Debtor              :

### PRAECIPE FOR WITHDRAWAL/ENTRY OF APPEARANCE

TO THE CLERK OF SAID COURT:

Kindly withdraw my appearance on behalf of Debtor, Monique S. Hilliard.

Papers may be served at the address set forth below:

Date: 5/26/2020

Paul Edward Trainor, Esquire
Attorney I.D. 35627
1275 Glenlivet Drive, Suite 100
Allentown, PA  18106
610-434-7004
484-224-2999 Fax
trainorlawoffices@gmail.com

Kindly enter my appearance on behalf of Debtor, Monique S. Hilliard.

Papers may be served at the address set forth below:

Date: 5/26/2020

Michelle DeWald, Esquire
Attorney I.D. 64955
44 E Broad Street, Suite 25
Bethlehem, PA  18018
610-419-4561
610-419-4872 Fax
mdewald@rcn.com