IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: MONIQUE S. HILLIARD ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| AMERICREDIT FINACIAL SERVICES, INC. ) | CASE NO. 19-15495-PMM |
| dba GM FINANCIAL ) | |
| **Moving Party** ) | 11 U.S.C. 362 |
| ) | |
| v. ) | HEARING DATE: **5-26-20 at 10:00 AM** |
| ) | |
| MONIQUE S. HILLIARD ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |
| ) | |

## ORDER APPROVING STIPULATION

   IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtor in settlement of the Motion For Stay Relief, and filed on or about July 1, 2020 in the above matter is APPROVED.

Dated: **July 2, 2020**

BY THE COURT:

*Patricia M. Mayer*

_____
UNITED STATES BANKRUPTCY JUDGE