United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Monique S. Hilliard  
    Debtor

Case No. 19-15495-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4       User: Randi              Page 1 of 1                  Date Rcvd: Jul 02, 2020
                          Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2020.
db             +Monique S. Hilliard,    160 Shiloh Ct.,    Whitehall, PA 18052-4164

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2020 at the address(es) listed below:
      HAROLD N. KAPLAN    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
       hkaplan@rasnj.com
      KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      MICHELLE DEWALD    on behalf of Debtor Monique S. Hilliard mdewald@rcn.com
      REBECCA ANN SOLARZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
       bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
       ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
       Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                     TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: MONIQUE S. HILLIARD )<br>**Debtor(s)** ) | CHAPTER 13 |
| )<br>AMERICREDIT FINACIAL SERVICES, INC. )<br>dba GM FINANCIAL )<br>**Moving Party** ) | CASE NO. 19-15495-PMM<br><br>11 U.S.C. 362 |
| )<br>v. ) | HEARING DATE: **5-26-20 at 10:00 AM** |
| )<br>MONIQUE S. HILLIARD )<br>**Respondent(s)** )<br>)<br>SCOTT F. WATERMAN )<br>**Trustee** )<br>) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtor in settlement of the Motion For Stay Relief, and filed on or about July 1, 2020 in the above matter is APPROVED.

Dated: **July 2, 2020**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE