UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MONIQUE HILLIARD | : | Case No: 19-15495 |
| | : | |
| *Debtor* | : | |

## AMENDED
## CERTIFICATION OF SERVICE
## SEVENTH AMENDED CHAPTER 13 PLAN PRE-CONFIRMATION

      I, Michelle DeWald, certify that a copy of the Seventh Amended Chapter 13 Plan Pre-Confirmation was served by the mailing of the aforesaid documents by First Class Mail and/or electronic notification to the parties at the addresses listed below on July 7, 2020.

### STANDING TRUSTEE
Scott Waterman, Esquire
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

### TRUSTEE'S OFFICE
Office of the U.S. Trustee
833 Chestnut Street
Ste 500
Philadelphia, PA 19103

### DEBTORS
Monique Hilliard
160 Shiloh Court
Whitehall, PA 18052

### CREDITORS
ADT
One Town Center Road
Boca Raton, FL 33486

Alltran Financial, LP
200 14th Avenue East
Sartell, MN 56377

Americredit/GM Financial
Attn: Bankruptcy
P.O. Box 183853
Arlington, TX 76096

Bank of America
4909 Savarese Circle
F11-908-01-50
Tampa, FL 33634

Citibank/Best Buy
Attn: Bankruptcy
P.O. Box 790441
St. Louis, MO 63179

Citibank/The Home Depot
Attn: Recovery/Centralized Bankruptcy
P.O. Box 790034
St. Louis, MO 63179

Comenity Bank/Victoria's Secret
Attn: Bankruptcy
P.O. Box 182125
Columbus, OH 43218

Credit Control, LLC
P.O. Box 546
Hazelwood, MO 63042

Credit First NA
Attn: Bankruptcy
P.O. Box 81315
Cleveland, OH 44181

Ditech Financial, LLC
P.O. Box 6172
Rapid City, SD 57709

Good Shepard Physicians Group
850 S. 5th Street
Allentown, PA 18103

IRS
Fresno, CA 93888-0025

Kohls/Capital One
P.O. Box 3120
Milwaukee, WI 53201

Lehigh Valley Pediatric Assoc.
401 N. 11th Street, TE 307

Allentown, PA 18104
LVNV Funding/Resurgent Capital
Attn: Bankruptcy
P.O. Box 10497
Greenville, SC 29603

Mariner Finance, LLC
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236

Portfolio Recovery Associates, LLC
Capital One Bank
120 Corporate Boulevard
Norfolk, VA 23502

Tidewater Finance Co.
Attn: Bankruptcy
6520 Indian River Road
Virginia Beach, VA 23464

Verizon Wireless
P.O. Box 650051
Dallas, TX 75265

      I certify that the foregoing statements made by me are true. I understand that any false statements made by me herein are subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATE:07/07/2020            /s/ Michelle DeWald_____
                            Michelle DeWald, Esquire