UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MONIQUE S. HILLIARD | : | Case No: 19-15495 |
| | : | |
| *Debtor* | : | |

## **O R D E R**

AND NOW, upon consideration of Debtors' Objection to Proof of Claim of**:** LVNV Funding LLC, claim #1, is hereby ORDERED and DECREED that:

1. The Proof of Claim of LVNV Funding LLC, claim #1, is a Stricken for Cause and disallowed in it's entirety: LVNV Funding LLC is barred from re-filing this claim, or filing any other claim in this case without order of court.

BY THE COURT:

**Date: July 16, 2020**

*[signature: Patricia M. Mayer]*
_____
Patricia M. Mayer
United States Bankruptcy Judge