United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Monique S. Hilliard  
    Debtor

Case No. 19-15495-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Randi     Page 1 of 1     Date Rcvd: Jul 16, 2020  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2020.  
db          +Monique S. Hilliard,    160 Shiloh Ct.,    Whitehall, PA 18052-4164

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2020 at the address(es) listed below:  
         HAROLD N. KAPLAN    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
         MICHELLE DEWALD    on behalf of Debtor Monique S. Hilliard mdewald@rcn.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                       TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MONIQUE S. HILLIARD | : | Case No: 19-15495 |
| | : | |
| *Debtor* | : | |

**O R D E R**

AND NOW, upon consideration of Debtors' Objection to Proof of Claim of**:** LVNV Funding LLC, claim #3, is hereby ORDERED and DECREED that:

1. The Proof of Claim of LVNV Funding LLC, claim #3, is a Stricken for Cause and disallowed in it's entirety: LVNV Funding LLC is barred from re-filing this claim, or filing any other claim in this case without order of court.

BY THE COURT:

**Date: July 16, 2020**

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge