| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-15495-PMM**

MONIQUE S. HILLIARD  
160 Shiloh Ct  
Whitehall  PA    18052

Petition Filed Date: 09/04/2019  
341 Hearing Date: 10/22/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/19/2019 | $251.50 | Automatic Payr | 10/03/2019 | $251.50 | | 10/18/2019 | $251.50 | |
| 10/31/2019 | $251.50 | | 11/15/2019 | $251.50 | | 12/02/2019 | $251.50 | |
| 12/12/2019 | $251.50 | | 12/27/2019 | $251.50 | | 01/09/2020 | $251.50 | |
| 01/24/2020 | $251.50 | | 02/06/2020 | $251.50 | | 02/21/2020 | $251.50 | |
| 03/05/2020 | $400.00 | | 03/19/2020 | $400.00 | | 04/02/2020 | $400.00 | |
| 04/16/2020 | $400.00 | | 04/30/2020 | $400.00 | | 05/29/2020 | $400.00 | |
| 07/27/2020 | $560.00 | | 08/07/2020 | $400.00 | | | | |

**Total Receipts for the Period:  $6,378.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,378.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PAUL EDWARD TRAINOR ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES »» 08S | Secured Creditors | $0.00 | $153.00 | $0.00 |
| 2 | AMERICREDIT FINANCIAL SERVICES »» 08U | Unsecured Creditors | $7,280.60 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-15495-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,378.00 | Current Monthly Payment: | $958.30 |
| Paid to Claims: | $153.00 | Arrearages: | ($1.70) |
| Paid to Trustee: | $591.43 | Total Plan Base: | $53,333.00 |
| Funds on Hand: | $5,633.57 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.