## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Monique S. Hilliard, | : | Case No.   19-15495 – PMM |
| | : | |
| Debtor. | : | |

### O R D E R

**AND NOW**, upon consideration of NewRez, LLC's Motion for Relief from Stay re: 160 Shiloh Court, Whitehall, PA ("the Motion") (Doc. # 64) and the Debtor's Response (Doc. # 66);

**AND**, the parties having reported this matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **April 1, 2021,** the parties shall either file the Stipulation or a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result the Motion being overruled without further notice or hearing.

Date:  March 2, 2021

_Patricia M. Mayer_
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**