United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-15495-pmm

Monique S. Hilliard                                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Monique S. Hilliard, 160 Shiloh Ct., Whitehall, PA 18052-4164 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| HAROLD N. KAPLAN | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| MICHELLE DEWALD | |
| | on behalf of Debtor Monique S. Hilliard mdewald@rcn.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |

District/off: 0313-4                             User: admin                                Page 2 of 2
Date Rcvd: Mar 03, 2021                          Form ID: pdf900                            Total Noticed: 1

SCOTT F. WATERMAN (Chapter 13)
                            ECFMail@ReadingCh13.com

United States Trustee
                            USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                            on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
                            mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 9

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Monique S. Hilliard, | : | Case No.  19-15495 – PMM |
| | : | |
| Debtor. | : | |

## O R D E R

    **AND NOW**, upon consideration of NewRez, LLC's Motion for Relief from Stay re:

160 Shiloh Court, Whitehall, PA ("the Motion") (Doc. # 64) and the Debtor's Response (Doc.

# 66);

    **AND**, the parties having reported this matter settled with a stipulation memorializing the

settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

    It is hereby **ORDERED** that:

1. On or before **April 1, 2021,** the parties shall either file the Stipulation or a notice relisting the

Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result the Motion being overruled

without further notice or hearing.

Date:  **March 2, 2021**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**