**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br>**Monique S. Hilliard,**<br>aka Monique Sheree Hilliard,<br>aka Monique Hilliard,<br>    Debtor.<br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**<br>    Movant.<br>v.<br>**Monique S. Hilliard,**<br>aka Monique Sheree Hilliard,<br>aka Monique Hilliard,<br>    Debtor/Respondent.<br>**SCOTT F. WATERMAN, Esquire**<br>    Trustee/Respondent. | Bankruptcy No. 19-15495-pmm<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this 21st day of April, 2021, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

*/s/ Patricia M. Mayer*

**Date: April 21, 2021**                                                                 Judge Patricia M. Mayer