United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 19-15495-pmm
Monique S. Hilliard     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Apr 22, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

**Recip ID**     **Recipient Name and Address**
db     + Monique S. Hilliard, 160 Shiloh Ct., Whitehall, PA 18052-4164

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 24, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:

**Name**     **Email Address**
CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

HAROLD N. KAPLAN
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com

KEVIN G. MCDONALD
    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

MICHELLE DEWALD
    on behalf of Debtor Monique S. Hilliard mdewald@rcn.com

REBECCA ANN SOLARZ
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Apr 22, 2021 | Form ID: pdf900 | Total Noticed: 1

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 9

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| In re:<br>Monique S. Hilliard,<br>aka Monique Sheree Hilliard,<br>aka Monique Hilliard,<br>    Debtor.<br>NewRez LLC d/b/a Shellpoint Mortgage Servicing,<br>    Movant.<br>v.<br>Monique S. Hilliard,<br>aka Monique Sheree Hilliard,<br>aka Monique Hilliard,<br>    Debtor/Respondent.<br>SCOTT F. WATERMAN, Esquire<br>    Trustee/Respondent. | Bankruptcy No. 19-15495-pmm<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this 21st day of April, 2021, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

*Patricia M. Mayer*

**Date: April 21, 2021**                                                                 Judge Patricia M. Mayer