| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-15495-PMM**

MONIQUE S. HILLIARD
160 Shiloh Ct
Whitehall  PA    18052

Petition Filed Date: 09/04/2019
341 Hearing Date: 10/22/2019
Confirmation Date: 08/13/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2020 | $251.50 | | 01/24/2020 | $251.50 | | 02/06/2020 | $251.50 | |
| 02/21/2020 | $251.50 | | 03/05/2020 | $400.00 | | 03/19/2020 | $400.00 | |
| 04/02/2020 | $400.00 | | 04/16/2020 | $400.00 | | 04/30/2020 | $400.00 | |
| 05/29/2020 | $400.00 | | 07/27/2020 | $560.00 | | 08/07/2020 | $400.00 | |
| 08/26/2020 | $500.00 | | 09/10/2020 | $500.00 | | 09/23/2020 | $500.00 | |
| 10/07/2020 | $500.00 | | 10/21/2020 | $500.00 | | 11/25/2020 | $500.00 | |
| 01/08/2021 | $500.00 | | 01/25/2021 | $500.00 | | 02/05/2021 | $500.00 | |
| 03/05/2021 | $1,000.00 | | 04/07/2021 | $1,000.00 | | 05/24/2021 | $1,000.00 | |
| 06/07/2021 | $1,000.00 | | | | | | | |

**Total Receipts for the Period: $12,866.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,878.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | PAUL EDWARD TRAINOR ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»» 08S | Secured Creditors | $17,805.51 | $1,683.00 | $16,122.51 |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»» 08U | Unsecured Creditors | $7,280.60 | $0.00 | $7,280.60 |
| 3 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,204.11 | $0.00 | $1,204.11 |
| 5 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | TIDEWATER FINANCE COMPANY<br>»» 004 | Unsecured Creditors | $2,081.50 | $0.00 | $2,081.50 |
| 7 | THE TULLIS GROUP INC<br>»» 005 | Unsecured Creditors | $2,726.72 | $0.00 | $2,726.72 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 006 | Priority Crediors | $9,867.73 | $9,503.57 | $364.16 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 006 | Unsecured Creditors | $522.96 | $0.00 | $522.96 |
| 10 | BANK OF AMERICA NA<br>»» 007 | Unsecured Creditors | $920.44 | $0.00 | $920.44 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $1,118.92 | $0.00 | $1,118.92 |

**Chapter 13 Case No. 19-15495-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 12 | BECKET & LEE, LLP<br>»» 010 | Unsecured Creditors | $239.92 | $0.00 | $239.92 |
| 13 | CREDIT FIRST NA<br>»» 011 | Unsecured Creditors | $1,127.21 | $0.00 | $1,127.21 |
| 14 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $1,248.23 | $0.00 | $1,248.23 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 013 | Unsecured Creditors | $270.80 | $0.00 | $270.80 |
| 16 | MARINER FINANCE LLC<br>»» 014 | Unsecured Creditors | $835.52 | $0.00 | $835.52 |
| 17 | QUANTUM3 GROUP LLC as agent for<br>»» 015 | Unsecured Creditors | $321.55 | $0.00 | $321.55 |
| 18 | NEWREZ LLC  D/B/A<br>»» 016 | Mortgage Arrears | $18,825.31 | $0.00 | $18,825.31 |
| 19 | CITIBANK NA<br>»» 017 | Unsecured Creditors | $728.56 | $0.00 | $728.56 |
| 20 | CITIBANK NA<br>»» 018 | Unsecured Creditors | $273.49 | $0.00 | $273.49 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,878.00 | Current Monthly Payment: | $958.30 |
| Paid to Claims: | $12,686.57 | Arrearages: | $1,081.30 |
| Paid to Trustee: | $1,291.43 | Total Plan Base: | $53,333.00 |
| Funds on Hand: | $900.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.