# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:** Monique S. Hilliard,         :    Chapter 13
                                        :
                                        :    Case No. 19-15495 (PMM)
                                        :
**Debtors.**                            :

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc. # 77, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 76) is **approved**.

*/s/ Patricia M. Mayer*

**Date: 10/28/21**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**