UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MONIQUE S. HILLIARD | : | Case No: 19-15495 |
| | : | |
| *Debtor* | : | |

## **CERTIFICATION OF NO OBJECTION**

    I, Michelle DeWald, Esquire, attorney for Debtor, do hereby certify that I have received No Responsive Pleading, and have checked the docket and No Responsive Pleading has been filed to the Supplemental Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2002(a)(6) as well as Notice regarding the Supplemental Application.  I further certify that the same having been mailed October 29, 2021, on the Debtor, all creditors, Interim trustee, Assistance U.S. Trustee and parties in interest and/or notification by electronic notification.

Date:  November 23, 2021　　　　　　　　　　　　　　s/Michelle DeWald
　　　　　　　　　　　　　　　　　　　　　　　　　　Michelle DeWald, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor