UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MONIQUE S. HILLIARD | : | Case No: 19-15495 |
| | : | |
| *Debtor* | : | |

## ORDER APPROVING COMPENSATION TO COUNSEL FOR DEBTOR

NOW, upon consideration of the Supplemental Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2002(a)(6), for compensation and, in the absence of objection and, good cause existing for the approval thereof,

IT IS HEREBY ORDERED that the compensation charged by the counsel for the Debtor, Michelle DeWald, Esquire in the amount of  FIVE HUNDRED and xx/100 DOLLARS ($500.00) for services provided after confirmation of debtors' chapter 13  is approved and may be paid pursuant to the terms of the confirmed Plan.

Date:11/29/21                                              BY THE COURT:

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE