| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-15495-PMM

MONIQUE S. HILLIARD
160 Shiloh Ct
Whitehall  PA    18052

Petition Filed Date: 09/04/2019
341 Hearing Date: 10/22/2019
Confirmation Date: 08/13/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/07/2021 | $1,000.00 | | 05/24/2021 | $1,000.00 | | 06/07/2021 | $1,000.00 | |
| 06/22/2021 | $500.00 | | 10/07/2021 | $500.00 | | 10/22/2021 | $600.00 | |
| 11/05/2021 | $1,100.00 | | 12/07/2021 | $1,100.00 | | 01/07/2022 | $1,100.00 | |
| 02/07/2022 | $1,100.00 | | 03/07/2022 | $1,100.00 | | 04/07/2022 | $1,100.00 | |
| 05/09/2022 | $1,100.00 | | 06/07/2022 | $1,100.00 | | 07/12/2022 | $1,100.00 | |

**Total Receipts for the Period:  $14,500.00     Amount Refunded to Debtor Since Filing:  $0.00     Total Receipts Since Filing: $26,378.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | PAUL EDWARD TRAINOR ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES »» 08S | Secured Creditors | $17,805.51 | $6,575.83 | $11,229.68 |
| 2 | AMERICREDIT FINANCIAL SERVICES »» 08U | Unsecured Creditors | $7,280.60 | $0.00 | $7,280.60 |
| 3 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $1,204.11 | $0.00 | $1,204.11 |
| 5 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | TIDEWATER FINANCE COMPANY »» 004 | Unsecured Creditors | $2,081.50 | $0.00 | $2,081.50 |
| 7 | THE TULLIS GROUP INC »» 005 | Unsecured Creditors | $2,726.72 | $0.00 | $2,726.72 |
| 8 | UNITED STATES TREASURY (IRS) »» 006 | Priority Crediors | $9,867.73 | $9,867.73 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS) »» 006 | Unsecured Creditors | $522.96 | $0.00 | $522.96 |
| 10 | BANK OF AMERICA NA »» 007 | Unsecured Creditors | $920.44 | $0.00 | $920.44 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $1,118.92 | $0.00 | $1,118.92 |
| 12 | BECKET & LEE, LLP »» 010 | Unsecured Creditors | $239.92 | $0.00 | $239.92 |
| 13 | CREDIT FIRST NA »» 011 | Unsecured Creditors | $1,127.21 | $0.00 | $1,127.21 |

**Chapter 13 Case No. 19-15495-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $1,248.23 | $0.00 | $1,248.23 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 013 | Unsecured Creditors | $270.80 | $0.00 | $270.80 |
| 16 | MARINER FINANCE LLC<br>»» 014 | Unsecured Creditors | $835.52 | $0.00 | $835.52 |
| 17 | QUANTUM3 GROUP LLC as agent for<br>»» 015 | Unsecured Creditors | $321.55 | $0.00 | $321.55 |
| 18 | NEWREZ LLC  D/B/A<br>»» 016 | Mortgage Arrears | $18,825.31 | $5,713.01 | $13,112.30 |
| 19 | CITIBANK NA<br>»» 017 | Unsecured Creditors | $728.56 | $0.00 | $728.56 |
| 20 | CITIBANK NA<br>»» 018 | Unsecured Creditors | $273.49 | $0.00 | $273.49 |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,378.00 | Current Monthly Payment: | $1,070.00 |
| Paid to Claims: | $24,156.57 | Arrearages: | $770.00 |
| Paid to Trustee: | $2,221.43 | Total Plan Base: | $53,898.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.