IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: MONIQUE S. HILLIARD ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| AMERICREDIT FINACIAL SERVICES, INC. ) | CASE NO. 19-15495-PMM |
| dba GM FINANCIAL ) | |
| **Moving Party** ) | 11 U.S.C. 362 |
| ) | |
| v. ) | HEARING DATE: **11-1-22 at 10:00 AM** |
| ) | |
| MONIQUE S. HILLIARD ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |
| ) | |

**ORDER VACATING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's in rem rights in the personal property described as a **2014 Infiniti QX50** bearing vehicle identification number JN1BJ0HR1EM191021 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date: **November 1, 2022**

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE