## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| MONIQUE S. HILLIARD | : | Chapter 13 |
| | : | |
| Debtor | : | No. 19-15495-PMM |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Motion to Disburse net insurance proceeds from a total Car Loss, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that State Farm Insurance shall pay Scott F. Waterman, Chapter 13 Trustee the amount of $16,700.84 representing the total loss of the Debtor's 2014 Infiniti (Claim No. 38-38P2-64K), and it is

**FURTHER ORDERED** that upon receipt the Trustee, after deducting his administrative fee, shall pay the balance of the secured portion of Americredit's secured claim No. 8 in the amount of $10,295.94, and it is .

**FURTHER ORDERED** that the Trustee shall hold the remaining balance of the insurance funds in escrow pending the completion plan payments by the Debtor. Should the Debtor make all plan payments to the Trustee, then the balance of the insurance proceeds shall be refunded to the Debtor. Should the case be dismissed or converted, the balance of the net proceeds shall be paid to Americredit representing the balance of its claim.

BY THE COURT

Dated: __December 1, 2022__

*Patricia M. Mayer*
_____
**HON. PATRICIA M. MAYER,**
**BANKRUPTCY JUDGE**