United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-15495-pmm

Monique S. Hilliard  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2

Date Rcvd: Dec 01, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Monique S. Hilliard, 160 Shiloh Ct., Whitehall, PA 18052-4164 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:**

**Name**      **Email Address**

BRIAN CRAIG NICHOLAS
     on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

HAROLD N. KAPLAN
     on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com

KEVIN G. MCDONALD
     on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

MICHELLE DEWALD
     on behalf of Debtor Monique S. Hilliard mdewald@rcn.com

ROLANDO RAMOS-CARDONA

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Dec 01, 2022 | Form ID: pdf900 | Total Noticed: 1

    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| MONIQUE S. HILLIARD | : | Chapter 13 |
| | : | |
| Debtor | : | No. 19-15495-PMM |
| | : | |

### ORDER

**AND NOW**, upon consideration of the Motion to Disburse net insurance proceeds from a total Car Loss, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that State Farm Insurance shall pay Scott F. Waterman, Chapter 13 Trustee the amount of $16,700.84 representing the total loss of the Debtor's 2014 Infiniti (Claim No. 38-38P2-64K), and it is

**FURTHER ORDERED** that upon receipt the Trustee, after deducting his administrative fee, shall pay the balance of the secured portion of Americredit's secured claim No. 8 in the amount of $10,295.94, and it is .

**FURTHER ORDERED** that the Trustee shall hold the remaining balance of the insurance funds in escrow pending the completion plan payments by the Debtor. Should the Debtor make all plan payments to the Trustee, then the balance of the insurance proceeds shall be refunded to the Debtor. Should the case be dismissed or converted, the balance of the net proceeds shall be paid to Americredit representing the balance of its claim.

BY THE COURT

Dated: **December 1, 2022**

_/s/ Patricia M. Mayer_
**HON. PATRICIA M. MAYER,
BANKRUPTCY JUDGE**