UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MONIQUE S.HILLIARD | : | Case No: 19-15495 |
| | : | |
| *Debtor* | : | |

## CERTIFICATION OF NO RESPONSE

I, Michelle DeWald. Esquire, Attorney for Debtors, hereby certify that no answer, objection or other responsive pleading has been served upon me nor filed with the Clerk of the Bankruptcy Court with respect to the Debtor's Motion to Modify their Chapter 13 Plan post-Confirmation filed November 25, 2022 and the Amended Notice of Motion, which was served December 22, 2022 and I further certify that the motion is uncontested.

Date: January 25, 2023                              s/Michelle DeWald
                                                                    Michelle Dewald, Esquire
                                                                    PA #64955
                                                                    1683 Broadhead Court
                                                                    Bethlehem, PA 18015
                                                                    (610) 419-4561 – phone
                                                                    (610) 419-4872 – fax