UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MONIQUE S.HILLIARD | : | Case No: 19-15495 |
| | : | |
| *Debtor* | : | |

# ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (doc. #103 , the "Motion");

It is hereby ordered that:

1) The Motion is granted; and

2) The Modified Plan (doc. #108) is approved.

Date: 1/26/23

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE