| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-15495-PMM**

MONIQUE S. HILLIARD  
160 Shiloh Ct  
Whitehall  PA    18052

Petition Filed Date: 09/04/2019  
341 Hearing Date: 10/22/2019  
Confirmation Date: 08/13/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $2,800.00 | | 09/11/2023 | $2,800.00 | | 10/10/2023 | $2,800.00 | |
| 11/08/2023 | $2,800.00 | | 01/09/2024 | $2,800.00 | | 03/08/2024 | $2,800.00 | |

**Total Receipts for the Period: $16,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $83,878.84**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PAUL EDWARD TRAINOR ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES »» 08S | Secured Creditors | $17,805.51 | $17,805.51 | $0.00 |
| 2 | AMERICREDIT FINANCIAL SERVICES »» 08U | Unsecured Creditors | $7,280.60 | $7,242.07 | $38.53 |
| 3 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $1,204.11 | $1,197.74 | $6.37 |
| 5 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | TIDEWATER FINANCE COMPANY »» 004 | Unsecured Creditors | $2,081.50 | $2,070.48 | $11.02 |
| 7 | THE TULLIS GROUP INC »» 005 | Unsecured Creditors | $2,726.72 | $2,712.29 | $14.43 |
| 8 | UNITED STATES TREASURY (IRS) »» 006 | Priority Crediors | $9,867.73 | $9,867.73 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS) »» 006 | Unsecured Creditors | $522.96 | $520.19 | $2.77 |
| 10 | BANK OF AMERICA NA »» 007 | Unsecured Creditors | $920.44 | $915.57 | $4.87 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $1,118.92 | $1,113.00 | $5.92 |
| 12 | CAPITAL ONE NA »» 010 | Unsecured Creditors | $239.92 | $238.65 | $1.27 |
| 13 | CREDIT FIRST NA »» 011 | Unsecured Creditors | $1,127.21 | $1,121.24 | $5.97 |
| 14 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $1,248.23 | $1,241.62 | $6.61 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC »» 013 | Unsecured Creditors | $270.80 | $269.37 | $1.43 |

**Chapter 13 Case No. 19-15495-PMM**

| # | Creditor | Type | Claim | Paid | Balance |
|---|---|---|---|---|---|
| 16 | MARINER FINANCE LLC<br>»» 014 | Unsecured Creditors | $835.52 | $831.10 | $4.42 |
| 17 | QUANTUM3 GROUP LLC as agent for<br>»» 015 | Unsecured Creditors | $321.55 | $319.85 | $1.70 |
| 18 | NEWREZ LLC  D/B/A<br>»» 016 | Mortgage Arrears | $18,825.31 | $18,825.31 | $0.00 |
| 19 | CITIBANK NA<br>»» 017 | Unsecured Creditors | $728.56 | $724.70 | $3.86 |
| 20 | CITIBANK NA<br>»» 018 | Unsecured Creditors | $273.49 | $272.04 | $1.45 |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $83,878.84 | Current Monthly Payment: | $2,800.00 |
| Paid to Claims: | $70,288.46 | Arrearages: | $5,699.16 |
| Paid to Trustee: | $7,185.47 | Total Plan Base: | $92,378.00 |
| Funds on Hand: | $6,404.91 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.