UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
MONIQUE S. HILLIARD | 
 | Bankruptcy No. 19-15495-PMM
Debtor | 

## PRAECIPE

TO THE CLERK:

Please withdraw the Trustee's Motion to Dismiss filed on or about September 4, 2024 at docket number 121 in the above referenced case.

Respectfully Submitted

Date: September 16, 2024

*/s/ Scott F. Waterman*
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee