United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15495-pmm |
| Monique S. Hilliard | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 24, 2024 | Form ID: 138OBJ | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monique S. Hilliard, 160 Shiloh Ct., Whitehall, PA 18052-4164 |
| 14383389 | + | ADT, One Town Center Road, Boca Raton, FL 33486-1039 |
| 14383390 | + | Alltran Financial, LP, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 14418516 | | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 14389984 | + | Ditech Financial LLC, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14383398 | | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 14383399 | + | Good Shepherd Physician Group, 850 S 5th Street, Allentown, PA 18103-3295 |
| 14383402 | | Lehigh Valley Pediatric Assoc. ACCO, 401 N 1th Street, Ste. 307, Allentown, PA 18104 |
| 14536252 | + | Michelle DeWald, 44 E. Broad Street, Suite 25, Bethlehem, PA 18018-5920 |
| 14397660 | + | The Tullis Group, 2952 Seneca Street, West Seneca, NY 14224-1949 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 24 2024 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 24 2024 23:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14396425 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 24 2024 23:58:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14383391 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 24 2024 23:58:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14383392 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 24 2024 23:58:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14399934 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 24 2024 23:58:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14383396 | | Email/Text: correspondence@credit-control.com | Sep 24 2024 23:58:00 | Credit Control, LLC, PO Box 546, Hazelwood, MO 63042 |
| 14411016 | + | Email/Text: BKPT@cfna.com | Sep 24 2024 23:58:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14410992 | | Email/PDF: bncnotices@becket-lee.com | Sep 25 2024 00:08:09 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14420126 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2024 00:19:18 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14383393 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2024 00:08:09 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14383394 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2024 00:08:30 | Citibank/The Home Depot, Attn: |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2024 | Form ID: 138OBJ | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | | Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14383395 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2024 23:58:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14383397 | + | Email/Text: BKPT@cfna.com | Sep 24 2024 23:58:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14389192 | ^ | MEBN | Sep 24 2024 23:54:31 | Ditech Financial LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14383400 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 24 2024 23:58:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14416014 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 24 2024 23:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14383401 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 24 2024 23:58:00 | Kohls/Capital One, Kohls Card Support/Bankruptcy, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14389887 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2024 00:08:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14383403 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2024 00:08:28 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14383404 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 24 2024 23:58:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14416467 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 24 2024 23:58:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14579464 | + | Email/Text: RASEBN@raslg.com | Sep 24 2024 23:58:00 | NewRez LLC, c/o Robertson,Anschutz,Schneid,, Crane & Partners PLLC, 130 Clinton Road, #202, Fairfield, NJ 07004-2927 |
| 14476933 | | Email/Text: mtgbk@shellpointmtg.com | Sep 24 2024 23:58:00 | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14383405 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2024 00:08:42 | Portfolio Recovery Associates LLC, Capital One Bank, N.A., 120 Corporate Blvd., Norfolk, VA 23502 |
| 14410534 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2024 00:08:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14416995 | | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2024 23:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14383406 | | Email/Text: tidewaterlegalebn@twcs.com | Sep 24 2024 23:58:00 | Tidewater Finance Co, Attn: Bankruptcy, 6520 Indian River Rd, Virginia Beach, VA 23464 |
| 14395493 | | Email/Text: tidewaterlegalebn@twcs.com | Sep 24 2024 23:58:00 | Tidewater Finance Company, PO Box 13306, Chesapeake, VA 23325 |
| 14383407 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 24 2024 23:58:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| HAROLD N. KAPLAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com |
| KEVIN G. MCDONALD | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| MICHELLE DEWALD | on behalf of Debtor Monique S. Hilliard mdewald@rcn.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 10

*Form 138OBJ* (6/24)−doc 126 − 124

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Monique S. Hilliard )   Case No. 19−15495−pmm
   aka Monique Sheree Hilliard )
   aka Monique Hilliard )
    )   Chapter: 13
   Debtor(s). )
    )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    Eastern District of Pennsylvania
    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 24, 2024          For The Court

         Timothy B. McGrath
         Clerk of Court